ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

MICHAEL LAGRAMA (CABN 252734)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7241
    Fax: (415) 436-7234
    Michael.Lagrama@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR24-00557 MAG |
|     Plaintiff, | AFFIDAVIT OF MICHAEL G. LAGRAMA IN SUPPORT OF REQUEST FOR SUMMONS |
|     v. | |
| NICOLAS L. BUNAND, | |
|     Defendant. | |

I, Michael G. Lagrama, depose and state:

1. I am an Assistant United States Attorney for the Northern District of California, and I am assigned to the prosecution of the above-captioned case. I received the following information from oral and written reports, and other records, provided to me by the Department of Defense ("DOD") Police and San Francisco Police Department ("SFPD").

2. On Sunday, March 24, 2024, at approximately 6:30 p.m., a DOD Police Lieutenant was on a regular security patrol in the United States Navy owned section of the Hunters Point Naval Shipyard ("HPNS") and observed that a padlock had been removed at the entrance of Building 251. Upon entering the building to investigate, the DOD Lt. saw Nicolas Bunand and a second person removing copper wire from the building. After ordering Bunand and his associate to stop and get on the ground, the two ran away and escaped.

3. The following morning, March 25, 2024, at approximately 6:00 a.m., the DOD Lt. again saw Bunand and his associate within the Navy owned area of HPNS, this time pushing a cart full of copper writing. The DOD Lt. ordered them to stop, but the two once again ran away and escaped. The DOD Lt. then called SFPD for backup.

4. Two SFPD officers responded to the call at approximately 6:30 a.m. and upon arriving on scene, the officers observed Bunand his associate walking within the restricted, Navy owned area of HPNS.

5. The officers attempted to contact Bunand and his associate, and the two ran away from the officers toward the bay and jumped into the water. The officers pursued the two, who began swimming in opposite directions as the officers ordered them to get out of the water. After several minutes of swimming, Bunand emerged from the water and began running away. The officers then chased, apprehended, and detained Bunand, although his associate escaped.

6. A San Francisco Fire Department medical unit arrived on scene to treat Bunand for potential hypothermia, and as he was being evaluated in the ambulance, the DOD Lt. identified Bunand as one of the two suspects he had pursued the previous night and again that morning.

7. Based on the foregoing facts, there is probable cause to believe that NICOLAS BUNAND has violated 18 U.S.C. § 1382 – Trespass on Military Property, a Class B Misdemeanor, and

1 | 18 U.S.C. § 13, assimilating California Penal Code § 148(a)(1) – Resisting Arrest, a Class A Misdemeanor.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  Executed October 24, 2024, in San Francisco, California.

*/s/ Michael G. Lagrama*
MICHAEL G. LAGRAMA
Assistant United States Attorney