PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

MICHAEL G. LAGRAMA (CABN 252734)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7241
    FAX: (415) 436-7234
    Michael.Lagrama@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:24-cr-00557-TSH |
| Plaintiff, | **UNITED STATES' SENTENCING MEMORANDUM** |
| v. | |
| NICOLAS BUNAND, | |
| Defendant. | |

This case is set for a change of plea and sentencing hearing on Thursday, April 3, 2025. Because defendant Nicolas Bunand is charged with a Class B misdemeanor— Trespassing on Military Property in violation of 18 U.S.C. § 1382—the United States Sentencing Guidelines do not apply to the case.

In accordance with the parties' proposed plea agreement, the United States recommends that Mr. Bunand be sentenced to one year of unsupervised probation with the condition that he stay at least 100 yards away from the Hunters Point Naval Shipyard in San Francisco, California, and pay a mandatory special assessment fee of $10.00 to the Clerk of the Court on the same day as sentencing.

Although trespassing on military property with the intent to steal is a serious offense, a more stringent sentence is not warranted given Mr. Bunand's history of being a law-abiding citizen. Mr. Bunand has no prior misdemeanor or felony convictions. When he was arrested for the instant offense

on March 25, 2024, it appears that Mr. Bunand had a warrant out for his arrest in connection with local charges of grand theft and receipt of stolen property. The local charges have since been resolved without a conviction. However, Mr. Bunand's conduct during this period, in 2024, appears be an aberration to his otherwise law-abiding life. Mr. Bunand is currently 41 years old, gainfully employed, and appears unlikely to reoffend.

Accordingly, the United States recommends that Mr. Bunand be sentenced to one year of unsupervised probation with the requested 100-yard stay away condition and any other standard probation conditions that the Court deems warranted. This sentence is sufficient, but not greater than necessary, to reflect the seriousness of the offense and to adequately promote deterrence. 18 U.S.C. § 3553(a)(2)(A), (B).

DATED: March 31, 2025                                          Respectfully submitted,

                                                               PATRICK D. ROBBINS
                                                               Acting United States Attorney


                                                               /s/ Michael G. Lagrama
                                                               MICHAEL G. LAGRAMA
                                                               Assistant United States Attorney